**Reinstated and Order filed March 6, 2014.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00655-CV
_____

**KEVIN MATTHEW HALL, Appellant**

**V.**

**REBECCA MACCORKLE HALL, Appellee**

**On Appeal from the 308th District Court
Harris County, Texas
Trial Court Cause No. 2010-63670**

## ORDER

On August 1, 2012, this court received notice that appellant had petitioned for voluntary bankruptcy protection in the United States Bankruptcy Court for the Southern District of Texas, under case number 12-33310. Because a stay is automatically effected by Section 362(a) of the Bankruptcy Code, we issued an abatement order staying all proceedings in the appeal. *See* Tex. R. App. P. 8.2.

On January 21, 2014, appellant filed a notice that appellant's bankruptcy has been discharged and requested that the appeal be reinstated. On February 27, 2014, appellant filed a copy of the bankruptcy court's discharge order, as required by Texas Rule of Appellate Procedure 8.3(a).

Appellant's request is granted. Accordingly, the appeal is ordered **REINSTATED** and placed on the court's active docket. The appellate record has not been filed. Accordingly, the clerk's record and reporter's record are due to be filed with the clerk of this court on or before **April 7, 2014.**

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.